

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

No. 04-22-00694-CV

Jayme Bobette **ESTES**,
Appellant/ Cross-Appellee

v.

Terry **LEIFESTE**, Individually and as Trustee of the Leifeste 2001 Descendants Trust,
Appellee/Cross-Appellant

From the 452nd District Court, Mason County, Texas
Trial Court No. 215999
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Appellee's brief originally was due on January 19, 2023. Neither the brief nor a motion for extension of time has been filed. We therefore ORDER appellee to file its brief **no later than February 17, 2023**. If appellee's brief is not filed by February 17, 2023, the case will be submitted without benefit of an appellee's brief.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court